U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 19 2018

TONY R. MOORE, CLERK
BY: _____MB_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLIFTON FUNZIE, Petitioner | CIVIL ACTION NO. 1:18-CV-1071-P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Petitioner's § 2241 petition seeking additional credit toward his federal sentence be **DENIED** and **DISMISSED**, with prejudice. Petitioner's claims regarding the length of sentence imposed and the assistance of his attorney should be **DISMISSED** without prejudice for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 18th day of October, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE